UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

SOUTHWIND RISK RETENTION
GROUP,

        Plaintiff,

vs.

TRIPLE E TRUCKING, LLC, ELIO
CHAVEZ CABRERA, and CODY
JAMES HOUCHIN TROXEL,

        Defendants

_____/

Case No.

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, Southwind Risk Retention Group ("Southwind") sues Triple E. Trucking, LLC, Elio Chavez Cabrera, and Cody James Houchin Troxel for declaratory relief as follows:

## JURISDICTION AND VENUE

1. This is an action for declaratory relief filed to obtain a declaration as to the lack of insurance coverage for claims arising out of an automobile accident involving an automobile that was not scheduled as a covered vehicle on a policy of insurance issued by Southwind.

2. This Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332, as the amount in controversy exceeds the sum of $75,000.00, exclusive of fees, interest and costs, and there is complete diversity of citizenship between the plaintiff and the defendants.

3. Southwind is a foreign corporation under the laws of the State of North Carolina, domiciled in and with its principal place of business in North Carolina.

4. Triple E Trucking, LLC ("Triple E Trucking") is a Florida corporation organized under the laws of Florida, domiciled in and with its principal place of business in Naples, Florida.

5. According to Triple E Trucking's Annual Report, the sole member of Triple E Trucking is Elio Chavez Cabrera.

6. Elio Chavez Cabrera ("Cabrera") is a citizen of the State of Florida, domiciled in Naples, Florida.

7. Cody James Houchin Troxel ("Troxel") is a citizen of the State of Florida, domiciled in Naples, Florida.

8. Venue is appropriate in the Middle District of Florida as at least one of the defendants resides there, the policy was issued by Southwind for delivery to Triple E Trucking in Collier County, and the accident giving rise to this declaratory judgment action occurred in Collier County.

9. An actual justiciable controversy between Southwind and the Defendants exists within the meaning of 28 U.S.C. § 2201, regarding whether Southwind has a duty to defend and therefore a duty to indemnify Triple E Trucking or Cabrera pursuant to the terms and conditions of the policy, with

respect to the claims and resultant lawsuit by Troxel, as is described in greater detail below.

## FACTUAL BACKGROUND

10. On December 26, 2024, there was a motor vehicle accident involving Cabrera and Troxel in Collier County, Florida (the "Subject Accident").

11. At the time of the Subject Accident, Cabrera was operating a 2011 Freightliner Truck with Vehicle Identification Number 1H9ACD629Y4127614 (the "Subject Vehicle").

12. As a result of the Subject Accident, Troxel asserted a claim as a result of damages he allegedly incurred in excess of $75,000 exclusive of attorney's fees, interest, and costs against Triple E Trucking and Cabrera.

13. As a result of the Subject Accident, Troxel filed a lawsuit against Triple E Trucking and Cabrera, pending in the Twentieth Judicial Circuit in and for Collier County, Florida under case number 11-2025-CA-000533-0001-01 (the "Underlying Lawsuit"). A true and correct copy of the complaint in the Underlying Lawsuit is attached as **Exhibit A.**

14. In his complaint in the Underlying Lawsuit, Troxel alleges that Cabrera "was operating a motor vehicle under his scope of work for Defendant, Triple E Trucking, LLC, and was traveling eastbound on Immokalee Road in Collier County, Florida." *See* **Exhibit A, ¶** 6.

15. In his complaint in the Underlying Lawsuit, Troxel alleges that Cabrera "negligently operated and/or maintained the motor vehicle so that it collided with the vehicle operated by Plaintiff, Cody James Houchin Troxel." *Id.* at ¶ 7.

## THE POLICY

16. Southwind issued a commercial automobile insurance policy to Triple E Trucking under policy number SWR-FL-0001022-24 which was in effect from April 11, 2024 to April 11, 2025 (the "Policy"). A true and correct copy of the Policy is attached as **Exhibit B**.

17. The Policy contains the following provisions:

**PART I - LIABILITY TO OTHERS**
**INSURING AGREEMENT - LIABILITY TO OTHERS**

Subject to the Limits of Liability, if you pay the premium for liability coverage for the insured auto involved, we will pay damages, other than punitive or exemplary damages, for bodily injury, property damage, and covered pollution cost or expense, for which an insured becomes legally responsible because of an accident arising out of the ownership, maintenance or use of that insured auto. However, we will only pay for the covered pollution cost or expense if the same accident also caused bodily injury or property damage to which this insurance applies.

We will settle or defend, at our option, any claim or lawsuit for damages covered by this Part I. We have no duty to settle or defend any lawsuit, or make any additional payments, after the Limit of Liability for this coverage has been exhausted by payment of judgments or settlements.

\*\*\*

**LIMITATION OF COVERAGE TO SCHEDULED VEHICLES ONLY**

This policy provides liability coverage only for those specific "autos" identified on the Schedule of Vehicles, which is part of the policy, either identified on the declaration page or the vehicle schedule, by make, model, year and VIN.

If the Named Insured operates or owns any other "autos", including power units or trailers, which are associated with that Named Insured in the Federal Motor Carrier Safety Administration (FMCSA) Safety and Fitness Electronic Records System (SAFER), those "autos" are specifically excluded from coverage of any kind under the policy unless and until those "autos" are scheduled by endorsement under this policy as covered scheduled "autos" and an additional premium is paid for that additional coverage.

All other terms, conditions, exclusions and limitations of the policy remain in effect.

***

18. At the time of the Subject Accident, the Subject Vehicle was not a scheduled vehicle under the Policy.

19. Upon information and belief, Triple E Trucking, Cabrera, or Troxel nevertheless believes there is coverage for the Subject Accident under the Policy.

20. Troxel is a proper party because his interests, if any, may be affected by this Court's declaration.

21. All conditions precedent to bringing this action have been performed or otherwise waived.

### COUNT I – NO COVERAGE AS THE SUBJECT VEHICLE WAS NOT A SCHEDULED AUTO UNDER THE POLICY
**(Against all Defendants)**

22. Southwind realleges paragraphs 1 through 21 as paragraph 22 of Count I.

23. The Policy "provides liability coverage only for those specific 'autos' identified on the Schedule of Vehicles, which is part of the policy, either identified on the declaration page or the vehicle schedule, by make, model, year and VIN."

24. At the time of the Subject Accident, the Subject Vehicle was not identified on the Schedule of Vehicles.

25. Accordingly, the Policy does not provide coverage for Triple E Trucking, Cabrera, or Troxel for claims arising out of the Subject Accident, including the Underlying Lawsuit.

WHEREFORE, Southwind Risk Retention Group respectfully requests this Court to find and declare that it does not have a duty to defend and therefore to indemnify Triple E Trucking or Cabrera for claims arising from the Subject Accident, including the Underlying Lawsuit. Southwind also requests the Court to enter any other relief that the Court feels necessary under the facts and circumstances and to award Southwind its costs from bringing this action.

1092447\326611534.v1

## Notice of Lead Counsel under Local Rule 2.02(a)

Pedro Hernandez of Hinshaw & Culbertson, LLP, is appearing as Lead Counsel for Plaintiff, Southwind Risk Retention Group ("Southwind").

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

*/s/ Brittney Savino*
**PEDRO E. HERNANDEZ**
Florida Bar No. 30365
phernandez@hinshawlaw.com
msinclair@hinshawlaw.com
**DANIEL C. SHATZ**
Florida Bar No. 94696
dshatz@hinshawlaw.com
lmrodriguez@hinshawlaw.com
**BRITTNEY SAVINO**
Florida Bar No. 118898
bsavino@hinshawlaw.com
acaceres-naar@hinshawlaw.com
**REBECCA S. TAYLOR**
Florida Bar No. 1049536
rtaylor@hinshawlaw.com
mwagner@hinshlaw.com
2811 Ponce de Leon Boulevard, Suite 1000
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Counsel for Plaintiff*

1092447\326611534.v1